IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA REED and CINDY DIGIANNANTONIO, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br> v.<br>ADVOCATE HEALTH CARE, et al.<br>    Defendants. | ) ) ) ) ) ) ) ) | Civil Action No. 07-mc-0450-RMU |
| WENDY FLEISCHMAN and CINDY CULLEN, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br> v.<br>ALBANY MEDICAL CENTER, et al.<br>    Defendants. | ) ) ) ) ) ) ) ) | Civil Action No. 07-mc-0451-RMU |
| PAT CASON-MERENDA and JEFFREY A. SUHRE, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br> v.<br>DETROIT MEDICAL CENTER, et al.<br>    Defendants. | ) ) ) ) ) ) ) ) | Civil Action No. 07-mc-0452-RMU |
| SUZANNE C. CLARKE and CONISE P. DILLARD, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br> v.<br>BAPTIST MEMORIAL HEALTHCARE CORP, et al.<br>    Defendants. | ) ) ) ) ) ) ) ) ) | Civil Action No. 07-mc-0463-RMU |

**AGREED MOTION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTIONS TO QUASH SUBPOENA
<u>DIRECTED AT THE MINTZ GROUP UNDER SEAL</u>**

Pursuant to Local Rule of Civil Procedure 5.1(j), the undersigned defendants

("Defendants") respectfully request that the Court grant them leave to file Defendants' Response

to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group ("Response to Motion to Quash") under seal. In support of this Motion, Defendants state as follows:

1. Pursuant to Local Rule of Civil Procedure 5.1(j), any pleading filed with the intention of being sealed shall be accompanied by a motion to seal.

2. In order to fully present the issues raised in the Response to Motion to Quash, Defendants need to reference and attach a document produced by the Service Employees International Union ("SEIU") that was designated as "Highly Confidential" under the terms of the Protective Orders entered in *Fleischman, et al. v. Albany Medical Center, et al.*, Case No. 06-CV-0765 (N.D.N.Y.) ("Albany"); *Reed, et al. v. Advocate Health Care, et al.*, Case No. 06 C 3337 (N.D. Ill.) ("Chicago"); *Cason-Merenda, et al. v. Detroit Medical* Center, Case No. 06-CV-15601 (E.D. Mich.) ("Detroit"); and Clarke *v. Baptist Memorial Healthcare Corp.,* Case No. 2:06-cv-02377 (W.D. Tenn.) ("Memphis"). This document is Exhibit 4 in the Response to Motion to Quash.

3. Defendants seek the Court's permission to file Exhibit 4 under seal. Because the Response to Motion to Quash quotes from this exhibit, Defendants also seek the Court's permission to file the Response to Motion to Quash under seal.

4. Defendants have conferred with Plaintiffs, who filed the Motions to Quash Subpoena Directed at the Mintz Group, and they do not oppose the relief requested herein.

WHEREFORE, Defendants respectfully request that the Court grant them leave to file Defendants' Response to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group, and supporting Exhibit 4 under seal.

Dated: November 19, 2007 Respectfully submitted,

By: \_\_\_/s/ Michael R. Shumaker\_\_\_

Phillip A. Proger (D.C. Bar No. 929596)
Toby G. Singer (D.C. Bar No.942524)
Michael R. Shumaker (D.C. Bar No. 434578)
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700

**Counsel for Defendants Seton Health System, St. John Health and Baptist Memorial Healthcare Corp.**

| | |
|---|---|
| David Marx, Jr. | Margo L. Weinstein |
| David L. Hanselman, Jr. | Richard L. Marcus |
| Stephen Y. Wu | Robert T. Joseph |
| Jennifer A. Smulin | Natalie J. Spears |
| Benjamin Hanauer | Christopher Q. King |
| Amy J. Carletti | Anthony T. Eliseuson |
| Stephanie L. Poulos | Lisa Z. Fain |
| McDERMOTT WILL & EMERY LLP | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 227 West Monroe Street | 7800 Sears Tower |
| Chicago, Illinois 60606-5096 | 233 S. Wacker Drive |
| (312) 372-2000 | Chicago, Illinois 60606-6404 |
| (312) 984-7700 (fax) | (312) 876-8000 |
| | (312) 876-7934 (fax) |
| **Counsel for Defendants Resurrection Health Care, Albany Medical Center and Henry Ford Health System** | **Counsel for Defendants University of Chicago Hospitals and Trinity Health Corp.** |

Timothy F. Haley
Scott A. Schaefers
Scott A. Carlson
Molly M. Joyce
Richard L. Reinish
P. Brian See
Annette Tyman
SEYFARTH SHAW LLP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603-4205
(312) 346-8000
(312) 269-8869 (fax)

Robert E. Bloch
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 263-3203

Andrew S. Marovitz
Jonathan L. Lewis
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, Illinois 60606
Phone: (312) 782-0600

**Counsel for Defendant Evanston Northwestern Healthcare**

Michael L. Shakman
Edward W. Feldman
Diane F. Klotnia
Thomas M. Staunton
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700
(312) 263-3270 (fax)

**Counsel for Defendant Advocate Health Care**

Martin T. Tully
David H. Kistenbroker
Laura Keidan Martin
David S. Slovick
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200
(312) 902-1061 (fax)

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York  10022-2585
(212) 940-8800
(212) 940-8776 (fax)

**Counsel for Defendant Children's Memorial Hospital**

Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304

**Counsel for Defendant Oakwood Healthcare, Inc.**

Kenneth J. McIntyre
L. Pahl Zinn
Michelle R. Heikka
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI  48226

**Counsel for Defendant Detroit Medical Center**

Shari Ross Lahlou
Bethany M. Wimsatt
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

**Counsel for Defendant Bon Secours Cottage Health Services**

David A. Ettinger
Peter E. Boivin
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

**Counsel for Defendant McClaren Health Care Corp.**

Nicholas J. D'Ambrosio
Sanjeeve DeSoyza
William Reynolds
BOND SCHOENECK & KING PLLC
111 Washington Avenue
Albany, NY 12210-2211

**Counsel for Defendant Ellis Hospital**

Robert H. Iseman
Brian M. Culnan
ISEMAN CUNNINGHAM REISTER & HYDE LLP
9 Thurlow Terrace
Albany, NY 12203

**Counsel for Defendant St. Peter's Health Care Service**

William D. Slowey
Mark T. Nelson
Sheldon H. Klein
Bruce L. Sendek
Michael R. Turco
BUTZEL LONG
150 West Jefferson Street, Suite 100
Detroit, MI 48226

**Counsel for Defendant William Beaumont Hospital d/b/a Beaumont Hospitals**

Gordon L. Lang
NIXON PEABODY LLP
401 9th Street, N.W.
Washington, D.C. 20004-2128

Daniel J. Hurteau
NIXON PEABODY LLP
Omni Plaza, Suite 900
30 South Pearl Street
Albany, NY 12207

**Counsel for Defendant Northeast Health**

Corey W. Roush
HOGAN & HARTSON
555 Thirteenth Street NW
Washington D.C. 20004

**Counsel for Defendant Methodist Le Bonheur Healthcare**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA REED and CINDY DIGIANNANTONIO, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　　v.<br>ADVOCATE HEALTH CARE, et al.<br>　　　　　　Defendants. | Civil Action No. 07-mc-0450-RMU |
| WENDY FLEISCHMAN and CINDY CULLEN, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　　v.<br>ALBANY MEDICAL CENTER, et al.<br>　　　　　　Defendants. | Civil Action No. 07-mc-0451-RMU |
| PAT CASON-MERENDA and JEFFREY A. SUHRE, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　　v.<br>DETROIT MEDICAL CENTER, et al.<br>　　　　　　Defendants. | Civil Action No. 07-mc-0452-RMU |
| SUZANNE C. CLARKE and CONISE P. DILLARD, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　　v.<br>BAPTIST MEMORIAL HEALTHCARE CORP, et al.<br>　　　　　　Defendants. | Civil Action No. 07-mc-0463-RMU |

## **PROPOSED ORDER**

Upon consideration of the Agreed Motion for Leave to File Defendants' Response to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group Under Seal, IT IS, this ___ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED:

      That the Agreed Motion for Leave to File Defendants' Response to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group Under Seal is GRANTED.

      Dated:

                                                                          _____
                                                                           United States District Judge