IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA REED and CINDY DIGIANNANTONIO, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0450-RMU |
| v. | ) | |
| ADVOCATE HEALTH CARE, et al. | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WENDY FLEISCHMAN and CINDY CULLEN, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0451-RMU |
| v. | ) | |
| ALBANY MEDICAL CENTER, et al. | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PAT CASON-MERENDA and JEFFREY A. SUHRE, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0452-RMU |
| v. | ) | |
| DETROIT MEDICAL CENTER, et al. | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SUZANNE C. CLARKE and CONISE P. DILLARD, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0463-RMU |
| v. | ) | |
| BAPTIST MEMORIAL HEALTHCARE CORP, et al. | ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Counsel listed on the attached Certificate of Service

   PLEASE TAKE NOTICE that on Monday, November 19, 2007, we filed **Defendants' Response to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group and the Agreed Motion for Leave to File Defendants' Response to Plaintiffs' Motions to Quash Subpoena Directed at the Mintz Group Under Seal** with the Clerk of the United States District Court for the District of Columbia, 1225 E. Barrett Prettyman United States Courthouse,

333 Constitution Avenue, N.W, Washington, DC 20001, a copy of which is being served on the counsel listed and according to the method designated on the attached Certificate of Service.

Dated: November 19, 2007                 /s/ Michael R. Shumaker

                                          Phillip A. Proger (D.C. Bar No. 929596)
                                          Toby G. Singer (D.C. Bar No.942524)
                                          Michael R. Shumaker (D.C. Bar No. 434578)
                                          JONES DAY
                                          51 Louisiana Ave., NW
                                          Washington, D.C. 20001-2113
                                          Tel:  (202) 879-3939
                                          Fax:  (202) 626-1700

**Counsel for Defendants Seton Health System, St. John Health and Baptist Memorial Healthcare Corp.**

# CERTIFICATE OF SERVICE

      I, Michael R. Shumaker, an attorney of record in this case, hereby certify that, on this 19th day of November, 2007, I caused a copy of the foregoing to be served electronically upon all counsel listed on the attached Service List and by first-class United States mail, postage pre-paid and electronic mail, upon the following:

Michael D. Hausfeld
Daniel A. Small
Charles E. Tompkins
Shelly L. Friedland
Kalpana Kotagal
Sharon K. Robertson
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, D.C. 20005
Tel: 202-408-4600; Fax: 202-408-4699

David P. Dean
Mary Joyce Carlson
JAMES & HOFFMAN
1101 17th Street, NW, Suite 510
Washington, D.C. 20036-4748
Tel: 202-496-0500; Fax: 202-496-0555

Thomas P. Dove
Kimberly A. Kralowec
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Tel: 415-433-2070; Fax: 415-982-2076

Arnold Levin
Charles Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Tel: 215-592-1500; Fax: 215-592-4663

Daniel E. Gustafson
Brian Williams
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: 612-333-8844; Fax: 612-339-6622

Mark Griffin
Raymond J. Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: 206-623-1900; Fax: 206-623-3384

## Service List

David Marx, Jr.
David L. Hanselman, Jr.
Stephen Y. Wu
Jennifer A. Smulin
Benjamin Hanauer
Amy J. Carletti
Stephanie L. Poulos
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
(312) 372-2000
(312) 984-7700 (fax)

**Counsel for Defendants Resurrection Health Care, Albany Medical Center and Henry Ford Health System**

Margo L. Weinstein
Richard L. Marcus
Robert T. Joseph
Natalie J. Spears
Christopher Q. King
Anthony T. Eliseuson
Lisa Z. Fain
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606-6404
(312) 876-8000
(312) 876-7934 (fax)

**Counsel for Defendants University of Chicago Hospitals and Trinity Health Corp.**

Timothy F. Haley
Scott A. Schaefers
Scott A. Carlson
Molly M. Joyce
Richard L. Reinish
P. Brian See
Annette Tyman
SEYFARTH SHAW LLP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603-4205
(312) 346-8000
(312) 269-8869 (fax)

Robert E. Bloch
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 263-3203

Andrew S. Marovitz
Jonathan L. Lewis
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, Illinois 60606
Phone: (312) 782-0600

**Counsel for Defendant Evanston Northwestern Healthcare**

Michael L. Shakman
Edward W. Feldman
Diane F. Klotnia
Thomas M. Staunton
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700
(312) 263-3270 (fax)

**Counsel for Defendant Advocate Health Care**

Martin T. Tully
David H. Kistenbroker
Laura Keidan Martin
David S. Slovick
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200
(312) 902-1061 (fax)

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800
(212) 940-8776 (fax)

**Counsel for Defendant Children's Memorial Hospital**

Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

**Counsel for Defendant Oakwood Healthcare, Inc.**

Kenneth J. McIntyre
L. Pahl Zinn
Michelle R. Heikka
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226

**Counsel for Defendant Detroit Medical Center**

Shari Ross Lahlou
Bethany M. Wimsatt
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

**Counsel for Defendant Bon Secours Cottage Health Services**

David A. Ettinger
Peter E. Boivin
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

**Counsel for Defendant McClaren Health Care Corp.**

Nicholas J. D'Ambrosio
Sanjeeve DeSoyza
William Reynolds
BOND SCHOENECK & KING PLLC
111 Washington Avenue
Albany, NY 12210-2211

**Counsel for Defendant Ellis Hospital**

Robert H. Iseman
Brian M. Culnan
ISEMAN CUNNINGHAM REISTER & HYDE LLP
9 Thurlow Terrace
Albany, NY 12203

**Counsel for Defendant St. Peter's Health Care Service**

William D. Slowey
Mark T. Nelson
Sheldon H. Klein
Bruce L. Sendek
Michael R. Turco
BUTZEL LONG
150 West Jefferson Street, Suite 100
Detroit, MI  48226

**Counsel for Defendant William Beaumont Hospital d/b/a Beaumont Hospitals**

Gordon L. Lang
NIXON PEABODY LLP
401 9th Street, N.W.
Washington, D.C. 20004-2128

Daniel J. Hurteau
NIXON PEABODY LLP
Omni Plaza, Suite 900
30 South Pearl Street
Albany, NY 12207

**Counsel for Defendant Northeast Health**

Corey W. Roush
HOGAN & HARTSON
555 Thirteenth Street NW
Washington D.C. 20004

**Counsel for Defendant Methodist Le Bonheur Healthcare**

/s/ Michael R. Shumaker