IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lisa Reed <br> Cindy Digiannantonio, <br><br> on behalf of themselves and all others similarly situated, <br><br>            Plaintiffs, <br> v. <br><br> Advocate Health Care, Children's Memorial Hospital, Evanston Northwestern Healthcare, Michael Reese Medical Center Corporation, Resurrection Healthcare, University of Chicago Hospitals <br><br>            Defendants. | **Civil Action No. 1:07-mc-00450 RMU** |

## NOTICE OF APPEARANCE

The Clerk of this Court will please enter the appearance of David P. Dean as counsel in the above captioned case for plaintiff Lisa Reed.

           /s/ DAVID P. DEAN
           David P. Dean
           D.C. Bar No. 437030
           James & Hoffman, P.C.
           1101 17th Street, N.W. Suite 510
           Washington, D.C. 20036
           202/496-0500

Date: December 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Lisa Reed, Cindy Digiannantonio, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>v.<br><br>Advocate Health Care, Children's Memorial Hospital, Evanston Northwestern Healthcare, Michael Reese Medical Center Corporation, Resurrection Healthcare, University of Chicago Hospitals<br>　　　　　　Defendants. | **Civil Action No. 07-mc-00450 RMU** |

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of December 2007, I caused to be served the foregoing upon the following via electronic mail or U.S. mail:

| | |
|---|---|
| Robert E. Bloch<br>MAYER, BROWN, ROWE & MAW LLP<br>1909 K Street, NW<br>Washington, DC 20006<br>202/263-3203<br>courtnotification@mayerbrown.com | James J. Calder<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022-2585<br>212/940-6460 |
| Amy J. Carletti<br>David L. Hanselman, Jr.<br>Stephanie Lynne Poulos<br>Jennifer A. Smulin<br>Stephen Yusheng Wu<br>Benjamin J. Hanauer<br>David Marx<br>MCDERMOTT, WILL & EMERY LLP<br>227 West Monroe Street #4400<br>Chicago, IL 60606-5096<br>312/372-2000<br>acarletti@mwe.com<br>spoulos@mwe.com<br>jsmulin@mwe.com<br>swu@mwe.com<br>bhanauer@mwe.com | Richard Lewis Reinish<br>Peter Brian See<br>Scott Andrew Schaefers<br>Annette Tyman<br>Kirsten Kelly Wendela<br>Scott A. Carlson<br>Timothy F. Haley<br>Molly M. Joyce<br>SEYFARTH SHAW LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603-5577<br>312/460-5000<br>312/460-7000 (fax)<br>scarlson@seyfarth.com<br>thaley@seyfarth.com |

| | |
|---|---|
| dhanselman@mwe.com<br>dmarx@mwe.com | mjoyce@seyfarth.com<br>rreinish@seyfarth.com<br>bsee@seyfarth.com<br>sschaefers@seyfarth.com<br>atyman@seyfarth.com<br>kwendela@seyfarth.com |
| Anthony Thomas Eliseuson<br>Lisa Zachary Fain<br>Robert Thomas Joseph<br>Christopher Qualley King<br>Richard L. Marcus<br>Natalie J. Spears<br>Margo L. Weinstein<br>Anders C. Wick<br>SONNESCHEIN, NATH &<br>ROSENTHAL, LLP<br>233 South Wacker Drive<br>7800 Sears Tower<br>Chicago, IL 60606<br>312/876-8000<br>aeliseuson@sonneschein.com<br>lfain@sonneschein.com<br>rjoseph@sonneschein.com<br>cking@sonneschein.com<br>rmarcus@sonneschein.com<br>nspears@sonneschein.com<br>mweinstein@sonneschein.com<br>awick@sonneschein.com | David H. Kistenbroker<br>Laura Keidan Martin<br>David S. Slovick<br>Martin T. Tully<br>Alyx Siobhan Pattison<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Suite 1600<br>Chicago, IL 60661<br>312/902-5200<br>David.kistenbroker@kattenlaw.com<br>Laura.martin@kattenlaw.com<br>David.Slovick@kattenlaw.com<br>Martin.tully@kattenlaw.com<br>Alyx.Pattison@kattenlaw.com |
| Edward W. Feldman<br>Diane Frances Klotnia<br>Michael L. Shakman<br>Thomas M. Staunton<br>MILLER SHAKMAN & BEEM, LLP<br>180 North LaSalle Street<br>Suite 3600<br>Chicago, IL 60601<br>312/263-3700<br>312/263-3270 (fax)<br>efeldman@millershakman.com<br>dklotnia@millershakman.com<br>mlshak@aol.com<br>tstaunton@millershakman.com | Jonathan Lawrence Lewis<br>Andrew Stanley Marovitz<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>312/782-0600<br>courtnotification@mayerbrown.com<br>courtnotification@mayerbrownrowe.com |

/s/ DAVID P. DEAN

2