IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA REED and CINDY DIGIANNANTONIO, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>　v.<br>ADVOCATE HEALTH CARE, et al.<br>　　　　　Defendants. | Civil Action No. 07-mc-0450-RMU |
| WENDY FLEISCHMAN and CINDY CULLEN, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>　v.<br>ALBANY MEDICAL CENTER, et al.<br>　　　　　Defendants. | Civil Action No. 07-mc-0451-RMU |
| PAT CASON-MERENDA and JEFFREY A. SUHRE, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>　v.<br>DETROIT MEDICAL CENTER, et al.<br>　　　　　Defendants. | Civil Action No. 07-mc-0452-RMU |
| SUZANNE C. CLARKE and CONISE P. DILLARD, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>　v.<br>BAPTIST MEMORIAL HEALTHCARE CORP, et al.<br>　　　　　Defendants. | Civil Action No. 07-mc-0463-RMU |

**MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID MARX JR.**

The undersigned, a member of the bar of the this Court, requests the entry of an order

under Local Rule 83.2(d) that David Marx, Jr. be admitted *pro hac vice* as an attorney for

Defendants Resurrection Health Care, Albany Medical Center and Henry Ford Health System for

purposes of this case. The information required by Local Rule 83.2(d) is attached to this motion, along with a proposed order.

Date: December 12, 2007                    Respectfully submitted,

                                           By:    /s/ Michael R. Shumaker

                                           Michael R. Shumaker (D.C. Bar No. 434578)
                                           JONES DAY
                                           51 Louisiana Ave., NW
                                           Washington, D.C. 20001-2113
                                           Tel:  (202) 879-3939
                                           Fax:  (202) 626-1700

2

## **CERTIFICATE OF SERVICE**

      I, Michael R. Shumaker, an attorney of record in this case, hereby certify that, on this 12th day of December, 2007, I caused a copy of the foregoing to be served electronically upon all counsel listed on the attached Service List and by first-class United States mail, postage pre-paid and electronic mail, upon the following:

Michael D. Hausfeld
Daniel A. Small
Charles E. Tompkins
Shelly L. Friedland
Kalpana Kotagal
Sharon K. Robertson
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, D.C. 20005
Tel: 202-408-4600; Fax: 202-408-4699

David P. Dean
Mary Joyce Carlson
JAMES & HOFFMAN
1101 17th Street, NW, Suite 510
Washington, D.C. 20036-4748
Tel: 202-496-0500; Fax: 202-496-0555

Thomas P. Dove
Kimberly A. Kralowec
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Tel: 415-433-2070; Fax: 415-982-2076

Arnold Levin
Charles Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Tel: 215-592-1500; Fax: 215-592-4663

Daniel E. Gustafson
Brian Williams
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: 612-333-8844; Fax: 612-339-6622

Mark Griffin
Raymond J. Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: 206-623-1900; Fax: 206-623-3384

**Service List**

| | |
|---|---|
| David Marx, Jr. | Margo L. Weinstein |
| David L. Hanselman, Jr. | Richard L. Marcus |
| Stephen Y. Wu | Robert T. Joseph |
| Jennifer A. Smulin | Natalie J. Spears |
| Benjamin Hanauer | Christopher Q. King |
| Amy J. Carletti | Anthony T. Eliseuson |
| Stephanie L. Poulos | Lisa Z. Fain |
| McDERMOTT WILL & EMERY LLP | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 227 West Monroe Street | 7800 Sears Tower |
| Chicago, Illinois 60606-5096 | 233 S. Wacker Drive |
| (312) 372-2000 | Chicago, Illinois 60606-6404 |
| (312) 984-7700 (fax) | (312) 876-8000 |
| | (312) 876-7934 (fax) |
| **Counsel for Defendants Resurrection Health Care, Albany Medical Center and Henry Ford Health System** | **Counsel for Defendants University of Chicago Hospitals and Trinity Health Corp.** |

Timothy F. Haley
Scott A. Schaefers
Scott A. Carlson
Molly M. Joyce
Richard L. Reinish
P. Brian See
Annette Tyman
SEYFARTH SHAW LLP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603-4205
(312) 346-8000
(312) 269-8869 (fax)

Robert E. Bloch
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 263-3203

Andrew S. Marovitz
Jonathan L. Lewis
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, Illinois 60606
Phone: (312) 782-0600

**Counsel for Defendant Evanston Northwestern Healthcare**

Michael L. Shakman
Edward W. Feldman
Diane F. Klotnia
Thomas M. Staunton
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700
(312) 263-3270 (fax)

**Counsel for Defendant Advocate Health Care**

Martin T. Tully
David H. Kistenbroker
Laura Keidan Martin
David S. Slovick
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200
(312) 902-1061 (fax)

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800
(212) 940-8776 (fax)

**Counsel for Defendant Children's Memorial Hospital**

Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

**Counsel for Defendant Oakwood Healthcare, Inc.**

Kenneth J. McIntyre
L. Pahl Zinn
Michelle R. Heikka
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226

**Counsel for Defendant Detroit Medical Center**

Shari Ross Lahlou
Bethany M. Wimsatt
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

**Counsel for Defendant Bon Secours Cottage Health Services**

3

| | |
|---|---|
| David A. Ettinger<br>Peter E. Boivin<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br><br>**Counsel for Defendant McClaren Health Care Corp.**<br><br>Nicholas J. D'Ambrosio<br>Sanjeeve DeSoyza<br>William Reynolds<br>BOND SCHOENECK & KING PLLC<br>111 Washington Avenue<br>Albany, NY 12210-2211<br><br>**Counsel for Defendant Ellis Hospital**<br><br>Robert H. Iseman<br>Brian M. Culnan<br>ISEMAN CUNNINGHAM REISTER & HYDE LLP<br>9 Thurlow Terrace<br>Albany, NY 12203<br><br>**Counsel for Defendant St. Peter's Health Care Service** | William D. Slowey<br>Mark T. Nelson<br>Sheldon H. Klein<br>Bruce L. Sendek<br>Michael R. Turco<br>BUTZEL LONG<br>150 West Jefferson Street, Suite 100<br>Detroit, MI 48226<br><br>**Counsel for Defendant William Beaumont Hospital d/b/a Beaumont Hospitals**<br><br>Gordon L. Lang<br>NIXON PEABODY LLP<br>401 9th Street, N.W.<br>Washington, D.C. 20004-2128<br><br>Daniel J. Hurteau<br>NIXON PEABODY LLP<br>Omni Plaza, Suite 900<br>30 South Pearl Street<br>Albany, NY 12207<br><br>**Counsel for Defendant Northeast Health**<br><br>Corey W. Roush<br>HOGAN & HARTSON<br>555 Thirteenth Street NW<br>Washington D.C. 20004<br><br>**Counsel for Defendant Methodist Le Bonheur Healthcare** |

                                                /s/ Michael R. Shumaker

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA REED and CINDY DIGIANNANTONIO, on behalf of themselves and all others similarly situated,<br>          Plaintiffs,<br>v.<br>ADVOCATE HEALTH CARE, et al.<br>          Defendants. | Civil Action No. 07-mc-0450-RMU |
| WENDY FLEISCHMAN and CINDY CULLEN, on behalf of themselves and all others similarly situated,<br>          Plaintiffs,<br>v.<br>ALBANY MEDICAL CENTER, et al.<br>          Defendants. | Civil Action No. 07-mc-0451-RMU |
| PAT CASON-MERENDA and JEFFREY A. SUHRE, on behalf of themselves and all others similarly situated,<br>          Plaintiffs,<br>v.<br>DETROIT MEDICAL CENTER, et al.<br>          Defendants. | Civil Action No. 07-mc-0452-RMU |
| SUZANNE C. CLARKE and CONISE P. DILLARD, on behalf of themselves and all others similarly situated,<br>          Plaintiffs,<br>v.<br>BAPTIST MEMORIAL HEALTHCARE CORP, et al.<br>          Defendants. | Civil Action No. 07-mc-0463-RMU |

**AFFIDAVIT OF DAVID MARX, JR. IN
SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

    David Marx, Jr., Esquire, having been duly sworn, deposes and says:

    1.    I am a member of the law firm of McDermott, Will & Emery, LLP, 227 W. Monroe Street, Chicago, IL 60606. My telephone number is 312.984.7668.

2. I am a member in good standing of the bar of the States of Illinois and New York; the United States Supreme Court; the U.S. Court of Appeals for the Third, Sixth, Seventh, Eighth, Ninth and D.C. Circuits; and the U.S. District Courts for the Central District of Illinois, the Northern District of Illinois, the Southern District of Illinois, the Eastern District of Wisconsin, the Eastern District of Michigan and the District of Colorado.

3. I am a member in good standing of all bars to which I have been admitted and have had no disciplinary or grievance proceedings filed against me. I am not currently under any order of disbarment or suspension in any jurisdiction, and I am not aware of any pending disciplinary matter pertaining to me.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I am not a member of the District of Columbia bar nor do I have an application for membership pending with the District of Columbia bar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 5, 2007

_____
David Marx, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LISA REED and CINDY DIGIANNANTONIO, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0450-RMU |
| v. | ) | |
| ADVOCATE HEALTH CARE, et al. | ) | |
| Defendants. | ) | |
| WENDY FLEISCHMAN and CINDY CULLEN, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0451-RMU |
| v. | ) | |
| ALBANY MEDICAL CENTER, et al. | ) | |
| Defendants. | ) | |
| PAT CASON-MERENDA and JEFFREY A. SUHRE, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0452-RMU |
| v. | ) | |
| DETROIT MEDICAL CENTER, et al. | ) | |
| Defendants. | ) | |
| SUZANNE C. CLARKE and CONISE P. DILLARD, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 07-mc-0463-RMU |
| v. | ) | |
| BAPTIST MEMORIAL HEALTHCARE CORP, et al. | ) ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

Upon consideration of the Motion for *Pro Hac Vice* Admission of David Marx, Jr. and the entire record herein, IT IS, this ___ day of _____, 2007, by the United States District Court for the District of Columbia, ORDERED:

That the Motion for *Pro Hac Vice* Admission of David Marx, Jr. is GRANTED.

_____
Judge Ricardo M. Urbina